AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Leila Mae Yates )
*Plaintiff* )
v. )   Civil Action No.   0:10-cv-00305-PJG
Michael J. Astrue, Commissioner of Social Security )
)
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The decision of Michel J. Astrue, Commissioner of Social Security, is affirmed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Paige J. Gossett, United States Magistrate Judge, who affirmed the Commissioner's decision.

Date:   May 6, 2011

*CLERK OF COURT*

s/Caitlin M. Williams

*Signature of Clerk or Deputy Clerk*